**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:   01-13-00447-CR
                         01-13-00448-CR

Trial court case number: 1356098
                         1356099

Trial court:             182nd District Court of Harris County

On June 17, 2014 Rodriguez filed a motion for extension of time to file brief. The motion is **DENIED AS MOOT**, as the record is not yet complete and the brief is not due.

Pursuant to our previous order of June 12, 2014, the complete records from the court reporter and clerk are due July 14, 2014.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   X  Acting individually     ☐ Acting for the Court

Date: July 1, 2014